# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Nos. 2023-2177(L); -2178; -2179; -2180** *Epic Games, Inc. v. IngenioShare, LLC*

## **NOTICE OF CORRECTION TO BRIEF OF APPELLANT**

Appellant, by and through undersigned counsel, hereby file this Notice of Correction regarding the Brief of Appellant, Epic Games, Inc., as initially filed on November 27, 2023.

This Corrected Brief of Appellant corrects three Appendix ("Appx") citations to the parties' Joint Appendix ("Appx") to ensure the correct pages appear in the final Joint Appendix.

| | | | |
|---|---|---|---|
| Page 4: | Appx05682-06583 | = | **Appx05682-05683** |
| Page 20: | Appx0607-04608 | = | **Appx04607-04608** |
| Page 25: | Appx03882-02993 | = | **Appx03882-03883** |

The Undersigned hereby certifies that no other changes have been made and this Corrected Brief is being filed in good faith and not for the purpose of delay.

Wherefore Appellant, Epic Games, Inc. submit this Corrected Brief.

Respectfully submitted,

Dated: March 11, 2024

*/s/ Carolyn Chang*
Carolyn Chang
MARTON RIBERA SCHUMANN
 & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2514

*Counsel for Appellant Epic Games, Inc.*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on March 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered users.

I further certify that, upon acceptance and request from the Court, the required paper copies of the foregoing will be deposited with United Parcel Service for delivery to the Clerk, UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT, 717 Madison Place, N.W., Washington, D.C. 20439.

Respectfully submitted,

Dated: March 11, 2024

*/s/ Carolyn Chang*
Carolyn Chang
MARTON RIBERA SCHUMANN
 & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2514

*Counsel for Appellant Epic Games, Inc.*

# **CERTIFICATE OF COMPLIANCE**

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2) because:

   this brief contains <u>135</u> words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(f) and the type style requirements of Fed. R. App. P. 32(b)(2) because:

   this brief has been prepared in proportionally space typeface using <u>Microsoft Word</u> in <u>14-point Times New Roman</u>.

Respectfully submitted,

Dated: March 11, 2024

*/s/ Carolyn Chang*
Carolyn Chang
MARTON RIBERA SCHUMANN
  & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2514

*Counsel for Appellant Epic Games, Inc.*